**FILED**

FEB 20 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 15CR0114-W |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| JOSE ALFREDO MARTINEZ-, ) | |
| MARTINEZ, ) | |
| ) | |
| **Defendant**. ) | |

Upon reading the joint motion to continue the Motion/Trial Setting hearing of the parties;

**IT IS HEREBY ORDERED** that the Motion/Trial Setting hearing currently set for February 23, 2015 at 9:00 a.m. be continued to March 9, 2015 at 9:00 a.m.
**IT IS SO ORDERED.**

Dated: 2/20/15

_____
THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE